**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 14-cv-01637-WJM-MEH

COOL SUNSHINE HEARING & AIR CONDITIONING, INC.,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a); all previous Orders entered in this case; and the Order Granting Summary Judgment In Favor Of Defendant, entered by the Honorable William J. Martínez, United States District Judge, on December 17, 2014, it is

ORDERED that Defendant American Family's Early Motion for Summary Judgment Regarding the Duty to Defend (ECF No. 25) is GRANTED.

IT IS FURTHER ORDERED that final judgment is entered in favor of defendant and against the plaintiff and the action and complaint are dismissed.

IT IS FURTHER ORDERED that Defendant shall have its costs upon a filing of a Bill of Costs with the Clerk of Court within fourteen days after entry of Final Judgment.

Dated at Denver, Colorado, this  18th  day of December 2014.

                                              BY THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                              By:  s/Deborah Hansen
                                              Deborah Hansen, Deputy Clerk